IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENNIS JOHN OLSEN | **INDICTMENT**<br><br>Case No. ____________________<br><br>Violations: 18 U.S.C. §§ 48, 2252(a)(2), 2252(a)(4)(B), and 2252(b)(1) |

COUNT ONE

**Receipt of Images Depicting the Sexual Exploitation of Children**

The Grand Jury Charges:

From in or about April 2024 to in or about May 2025, in the District of North Dakota, and elsewhere,

DENNIS JOHN OLSEN

knowingly received visual depictions using a means and facility of interstate and foreign commerce, to wit, the internet, which depictions had been transported in interstate and foreign commerce by any means, including by computer, the production of which visual depictions involved the use of a minor engaging in sexually explicit conduct and which depictions were of such conduct;

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

COUNT TWO

**Possession of Images Depicting the Sexual Exploitation of Children**

The Grand Jury Further Charges:

From in or about April 2024 to in or about May 2025, in the District of North Dakota, and elsewhere,

DENNIS JOHN OLSEN

knowingly possessed visual depictions that had been transported using a means and facility of interstate and foreign commerce, to wit, the internet, which depictions had been transported in interstate and foreign commerce by any means, including by computer, the production of which visual depictions involved the use of a minor engaging in sexually explicit conduct and which depictions were of such conduct;

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(1).

COUNT THREE

**Engaging in Animal Crushing**

The Grand Jury Further Charges:

From in or about April 2024 to in or about May 2025, in the District of North Dakota, and elsewhere,

DENNIS JOHN OLSEN

purposely engaged in animal crushing, that is, DENNIS JOHN OLSEN, created an obscene video of himself engaging in sexual acts with a live dog using materials that had travelled in interstate and foreign commerce; to wit, a Samsung Galaxy cellphone;

In violation of Title 18, United States Code, Section 48.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

GLD/th